Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CECELIA ANDERSON, ) | *E-FILED - 10/18/05* |
| Plaintiff, ) | |
| v. ) | Case No. 05-02697 RMW |
| CYPRESS PROFESSIONAL SERVICES, INC. ) | STIPULATION TO MEDIATION, |
| d.b.a. CYPRESS COLLECTION SERVICES and ) | and [~~XXXXXXXXX~~PROPOSED] ORDER |
| B. ARMSTRONG, ) | |
| Defendants. ) | |

The parties hereby stipulate to mediation as an ADR process.

Dated: 10/7/05          _____
                        Ronald Wilcox, Attorney for Plaintiff

Dated: 10/11/05         _____
                        Bradley Swingle, Attorney for Defendant

### [~~PROPOSED~~] ORDER

It is so **ORDERED**.

Dated: 10/18/05          /S/ RONALD M. WHYTE
                         U.S. DISTRICT JUDGE