1  Ronald Wilcox, Esq., State Bar No. 176601
2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4

5  ATTORNEY FOR PLAINTIFF

6  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
7  SAN JOSE DIVISION

*E-FILED - 10/18/05*

8  CECELIA ANDERSON,                          )
                                              )
9             Plaintiff,                      )
                                              )      Case No. 05-02697 RMW
10       v.                                   )
                                              )
11  CYPRESS PROFESSIONAL SERVICES, INC.       )
    d.b.a. CYPRESS COLLECTION SERVICES and    )    STIPULATION TO CONTINUE
                                              )    CASE MANAGEMENT
12  B. ARMSTRONG,                             )    CONFERENCE and [XXXXXXXX]
                                              )    ORDER
13            Defendants.                     )
                                              )    Date: October 28, 2005
14

15       The parties hereby stipulate to continue the Case Management Conference from October
16  28, 2005 to November 18, 2005. The parties shall file a Joint Case Management Conference
17  Statement by November 11, 2005.

18

19  Dated: 10/12/05                           _____
20                                            Ronald Wilcox, Attorney for Plaintiff

21
    Dated: 10/14/05                           _____
22                                            Bradley Swingle, Attorney for Defendant

23

24

## [~~XXXXXXX~~PROPOSED] ORDER

It is so **ORDERED**.

Dated: 10/18/05

/S/ RONALD M. WHYTE
U.S. DISTRICT JUDGE